IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2020 DEC -2 PM 3: 40
MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| CHUCK PETTI, PAUL SPIVAK, INTELLITRONIX CORP., <br><br> Plaintiffs. <br><br> v. <br><br> CAMERON DALEY FRAKER, <br><br> Defendant, | Case No.  20-CV-156-ABJ <br> 20-CV-157-ABJ <br> 20-CV-158-ABJ |

### ORDER ON STATUS CONFERENCE

THIS MATTER came before the Court on a Status Conference on December 2, 2020. The Court hereby orders the Motion Hearing set for December 4, 2020 is **VACATED** due to Defense counsel's illness. It further orders Defense counsel to file a brief regarding the conflict of law issues by December 16, 2020. Plaintiffs' counsel will have 10 days following the filing of that brief to respond. Plaintiffs' counsel is also ordered to direct this Court to the Ohio Court's orders regarding discovery related to USLG's intervention. The Court will determine whether a new setting is necessary for a motion hearing at a later date and will set another status/scheduling conference after the pending motions are disposed of.

Dated this 2d day of December, 2020.

Alan B. Johnson
United States District Judge